IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAZAHIR H. HAMADANI | ) |
| | ) |
| v. | ) DISTRICT COURT NO. 3-12-0177 |
| | ) JUDGE CAMPBELL |
| GARY M. MURPHEY | ) |
| | ) |
| | ) |
| | ) |
| IN RE: PURVI PETROLEUM, III, LLC, | ) BANKRUPTCY COURT NO. |
| DEBTOR | ) 3-04-bk-4423-MH-11 |
| | ) |

ORDER

Pending before the Court is Appellant's Motion for Leave to File Brief in Excess of Twenty Five (25) Pages (Docket No. 19). The Motion is GRANTED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_Todd Campbell_
　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE