IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
PURVI PETROLEUM III, )
LLC, DEBTOR ) DISTRICT COURT NO. 3-12-0177
) JUDGE CAMPBELL
)
MAZAHIR H. HAMADANI )
)
v. )
) BANKRUPTCY COURT NO.
GARY M. MURPHEY, TRUSTEE ) 3-04-bk-4423-MH-11
)

ORDER

Pending before the Court is an appeal of the following Bankruptcy Court Orders:

(1) Order of November 29, 2011, granting Chapter 11 Trustee's Motion for Final Decree (Docket No. 1, Ex. 42);

(2) Order of December 2, 2011, denying Mr. Hamadani's Motion to Vacate and request for a hearing (Docket No. 1, Ex. 43);

(3) Order of December 2, 2011, resolving Mr. Hamadani's Objection to an Order submitted by the Trustee (Docket No. 1, Ex. 44); and

(4) Order of February 8, 2012, striking items 47-51 from Mr. Hamadani's designation of the record on appeal (Docket No. 1, Ex. 56).

Also pending before the Court are the Trustee's Motion to Strike Late-Filed Documents Filed by Appellant (Docket No. 12), and Appellant's request for oral argument (Docket No. 21, p.9).

For the reasons stated in the accompanying Memorandum, the Orders of the Bankruptcy Court referenced above are AFFIRMED. The Trustee's Motion to Strike is GRANTED, and the Appellant's request for oral argument is DENIED.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE